UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CARLA EUGLING,**<br>　　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;** and<br>**DOES 1 through 10, inclusive,**<br>　　　　Defendant. | Civil Action No. 1:13-cv-01135<br><br>[Judge: Hon. Virginia M. Kendall]<br><br>**NOTICE OF SETTLEMENT** |

　　Plaintiff, CARLA EUGLING, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: May 20, 2013　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Peter Cozmyk　　　　　．
　　　　　　　　　　　　　　　　　　　　　　Peter Cozmyk, Esq. (Ohio Bar # 0078862)
　　　　　　　　　　　　　　　　　　　　　　Cozmyk Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　　　6100 Oak Tree Blvd.
　　　　　　　　　　　　　　　　　　　　　　Suite 200, Room #209
　　　　　　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　　　　　　pcozmyk@hotmail.com
　　　　　　　　　　　　　　　　　　　　　　P: 440-292-7672
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　　　*Carla Eugling*

1